**No. 10-7493. Zachary Johnson, Petitioner v. Mississippi.**

562 U.S. 1154, 131 S. Ct. 946, 178 L. Ed. 2d 782, 2011 U.S. LEXIS 115.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

**No. 10-7494. Johnny Charles Carter, Petitioner v. California.**

562 U.S. 1154, 131 S. Ct. 946, 178 L. Ed. 2d 782, 2011 U.S. LEXIS 321.

January 10, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-7510. Timothy J. O'Meara, Petitioner v. Robert Feneis, Warden.**

562 U.S. 1154, 131 S. Ct. 946, 178 L. Ed. 2d 782, 2011 U.S. LEXIS 465.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 617 F.3d 998.

**No. 10-7511. Henry Lee Monday, Petitioner v. United States.**

562 U.S. 1154, 131 S. Ct. 946, 178 L. Ed. 2d 782, 2011 U.S. LEXIS 600.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 614 F.3d 983.

**No. 10-7512. Samuel Orozco-Acosta, Petitioner v. United States.**

562 U.S. 1154, 131 S. Ct. 946, 178 L. Ed. 2d 782, 2011 U.S. LEXIS 172.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 607 F.3d 1156.

**No. 10-7514. Ronald Lee Baxter, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 1154, 131 S. Ct. 947, 178 L. Ed. 2d 782, 2011 U.S. LEXIS 325,

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-7516. Darrell K. Anderson, Petitioner v. Tennessee.**

562 U.S. 1154, 131 S. Ct. 947, 178 L. Ed. 2d 782, 2011 U.S. LEXIS 191.

January 10, 2011. Petition for writ of certiorari to the Court of Appeals of Tennessee, Western Division, denied.

**No. 10-7517. Jeremy Elliott, Petitioner v. Florida.**

562 U.S. 1154, 131 S. Ct. 947, 178 L. Ed. 2d 782, 2011 U.S. LEXIS 279.

January 10, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 42 So. 3d 239.